UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

LAN ZHONG, Individually and on behalf of
all other employees similarly situated,

Civil Action No.: 2:14-cv-05413-ADS-SIL

Plaintiffs,

**STIPULATION OF DISCONTINUANCE
WITH PREJUDICE**

v.

Relaxation Spa Inc., d/b/a "Relaxation Spa",
ZHANG ZHENG, QIU LIN WANG,

Defendants.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 03 2015 ★
LONG ISLAND OFFICE

IT IS HEREBY STUPLATED AND AGREED, by and between the parties or the undersigned counsel for the respective parties, that this action shall be DISCONTINUED WITH PREJUDICE and with each party bearing its own costs and attorneys fees.

Dated: Flushing, New York
January 26, 2015

_____
Jian Hang, ESQ.
Hang & Associates, PLLC
136-20 39th Avenue, Suite 1003
Flushing, NY 11354
*Attorneys for Plaintiff*

_____
Justin L. Heiferman, ESQ.
The Kasen Law Firm, PLLC
136-20 38th Avenue, Suite 3C
Flushing, NY 11354
*Attorneys for Defendants*

Case closed. So ordered.

s/ Arthur D. Spatt

Arthur D Spatt, USDJ.
2/3/15